O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR10-1234 CAS-1 |
| Plaintiff, ) | |
| v. ) | REVOCATION OF SUPERVISED |
| TIMOTHY GOMEZ, ) | RELEASE AND JUDGMENT |
| Defendant. ) | |

On September 24, 2018, this matter came before the Court on Petition on Probation and Supervised Release originally filed on May 10, 2018. Government counsel, Timothy Searight, the defendant and his appointed Deputy Federal Public Defender attorney, Kay Otani, were present. The U.S. Probation Officer, Sherry Harrison, was also present.

The defendant admitted to the allegations, in violation of his supervised release, as stated in the Petition filed on May 10, 2018. The Court finds that the defendant is in violation of the terms and conditions of his supervised release imposed on December 5, 2011.

IT IS ORDERED AND ADJUDGED, upon the findings of the Court, the defendant is hereby committed to the custody of the Bureau of Prisons for a term of twelve (12) months and one (1) day, with no supervision to follow.

Defendant is informed of his right to appeal.

IT IS FURTHER ORDERED that the Clerk deliver a copy of this judgment to the United States Marshal or other qualified officer and that said copy shall serve as the commitment of defendant.

FILE/DATED: 9/26/2018

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

KIRY K. GRAY
CLERK OF COURT


By:   /S/ _____
   Stephen Montes Kerr, Deputy Clerk