**FILED**
CLERK, U.S. DISTRICT COURT
JUN - 6 2019
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | CASE NUMBER: |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff(s)<br>V.<br>TIMOTHY GOMEZ,<br>Defendant(s). | 2:10-CR-01234-CAS - 1<br><br>**WARRANT FOR ARREST** |

TO: UNITED STATES MARSHAL AND ANY AUTHORIZED UNITED STATES OFFICER

**YOU ARE HEREBY COMMANDED** to arrest TIMOTHY GOMEZ

and bring him/her forthwith to the nearest Magistrate Judge to answer a(n): ☐ Complaint ☐ Indictment
☐ Information ☒ Order of Court ☐ Violation Petition ☐ Violation Notice
charging him/her with (ENTER DESCRIPTION OF OFFENSE BELOW)

Failure to appear before Court for a hearing on June 6, 2018, at 12:00 P.M. (Noon)

```
ARRESTED WITHIN THE C/CA
[ ] PHYSICAL      [ ] SURRENDER
[X] DIRECTED     [ ] DETAINER
[ ] OTHER AGENCY
BY: USMS Riverside
ON: 09-05-18
SIGNED:
```

RECEIVED
U.S. MARSHAL SERVICE
LOS ANGELES
18 JUN 11 AM 10:15

in violation of Title  18  United States Code, Section(s)  3146

| Kiry K. Gray | |
|---|---|
| NAME OF ISSUING OFFICER | |
| Clerk of Court | June 7, 2018, Los Angeles, California |
| TITLE OF ISSUING OFFICER | DATE AND LOCATION OF ISSUANCE |
| Catherine Jeang /S/ | By: Christina A. Snyder |
| SIGNATURE OF DEPUTY CLERK | NAME OF JUDICIAL OFFICER |

## RETURN

THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE-NAMED DEFENDANT AT (LOCATION):

_____

| DATE RECEIVED | NAME OF ARRESTING OFFICER |
|---|---|
| DATE OF ARREST | TITLE |
| DESCRIPTIVE INFORMATION FOR DEFENDANT<br>CONTAINED ON PAGE TWO | SIGNATURE OF ARRESTING OFFICER |